UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FUE VANG,<br><br>　　　　　Defendant. | Case No.  6:23-po-00070-HBK<br><br>ORDER APPOINTING CJA COUNSEL<br><br>(Doc. No. 8) |

Before the Court is the Office of the Federal Public Defender's motion filed on March 10, 2023, brought on behalf of the Defendant seeking appointment of Criminal Justice Act (CJA) panel counsel due to conflict. (Doc. No. 8). Defendant submitted a Financial Affidavit under penalty of perjury demonstrating he is financially unable to obtain counsel. (Doc. No. 7).

Accordingly, it is **ORDERED**:

In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the motion (Doc. No. 8 ) is GRANTED and Carol Moses, CJA panel counsel, is appointed *nunc pro tunc* as of March 9, 2023 to represent Defendant. This appointment shall remain in effect until further Order.

Dated:　March 13, 2023

　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE